Ins. Co. v. Phillips (C. C. A. 10) 69 F.(2d) 901 (decided March 21, 1934).

No judgment was entered dismissing either the amended petition or the second amended petition.

 It is well settled that an order sustaining a demurrer to a petition is not a final order within the meaning of 28 USCA § 225. Dyar v. McCandless (C. C. A. 8) 33 F.(2d) 578; Missouri & K. I. Ry. Co. v. Olathe, 222 U. S. 185, 32 S. Ct. 46, 56 L. Ed. 155; Darling Lumber Co. v. Porter (C. C. A. 5) 256 F. 455. The proper procedure is for the plaintiffs to elect to stand upon their petition and to let a final judgment of dismissal be entered against them. An appeal will then lie from such final order and the ruling on the demurrer may be reviewed.

The order sought to be appealed from here not being a final order, this court is without jurisdiction to entertain the appeal and it is therefore dismissed.

PER CURIAM.

This is an appeal by a taxpayer from an adverse judgment in an action to recover a balance of overpayment of income taxes. Appellee files a motion to dismiss upon various grounds. One of these is that the deposit with the clerk of this court has not been made in full. It appears that this deficiency has been made good. The other grounds stated in the motion are that no question of law or fact has been properly preserved for review on this appeal. Although this court has sometimes considered similar grounds, they are strictly matters for presentation in connection with the appeal, and would, usually, result in affirmance of the action of the trial court instead of dismissal of the appeal. As the matters raised by the motion may vitally affect the merits of the appeal, we deny the motion to dismiss without intending to express any views upon the grounds urged in the motion.

### ATKINSON v. UNITED STATES.
#### No. 9879.

Circuit Court of Appeals, Eighth Circuit.
March 19, 1934.

John J. Stoller and William A. Marin, both of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn.

Before STONE, GARDNER, and VAN VALKENBURGH, Circuit Judges.

### UNITED STATES v. LANCASTER.
#### No. 3627.

Circuit Court of Appeals, Fourth Circuit.
April 18, 1934.

Thomas E. Walsh, of Washington, D. C., Atty., Department of Justice (James O. Carr, U. S. Atty., of Wilmington, N. C., Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., and Fendall Marbury, of Washington, D. C., Atty., Department of Justice, on the brief), for the United States.